FILED: November 6, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4707
(1:13-cr-00119-CCE-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JACK STEVEN VANLAAR

        Defendant - Appellant

_____

O R D E R

_____

The court grants the application to proceed under the Criminal Justice Act and seals the CJA 23 financial affidavit.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk